UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF MICHIGAN, ex rel. WISAM ZEINEH, | CIVIL NO. 12 -13343 |
| | HON. BERNARD A. FRIEDMAN |
| Plaintiffs-Relator, | |
| vs. | |
| CITY OF DETROIT, a Michigan Municipal Corporation, | |
| Defendant. | |
| _____/ | |

## ORDER TO ADMINISTRATIVELY RE-OPEN ACTION, TO DISMISS ACTION, AND TO UNSEAL CERTAIN DOCUMENTS

*Qui tam* plaintiff Wisam Zeineh (the "Relator") and the United States of America ("United States") having stipulated to administratively re-open the above-captioned matter for entry of a dismissal; the Relator having requested, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the above-captioned action ("this action") be dismissed without prejudice; the United States having consented, in the interests of justice, to such dismissal without prejudice; and the Relator and the United States having stipulated to the unsealing of certain documents,

IT IS HEREBY ORDERED THAT:

(1) This action is administratively re-opened.

(2) This action is dismissed without prejudice.

(3) Of the documents filed and lodged to date in this action, the following documents only shall be unsealed:

    (a) the Complaint [ECF No. 1];

    (b) the Stipulation to Administratively Re-open Action, Relator's Request for Dismissal of Action; United States' Consent; Stipulation Re Unsealing of Certain Documents [ECF No. 13]; and

    (c) this Order.

(4) All other contents of the Court's file in this action, filed and lodged to date, shall remain under seal and not be made public or served upon the defendants or any other person.

(5) The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order.

                                                s/Berrnard A. Friedman
                                                Bernard A. Friedman

Dated: March 7, 2022          Senior United States District Judge
        Detroit, Michigan